IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 09-cv-02533-JLK
Criminal Action No. 09-cr-00005-JLK

UNITED STATES OF AMERICA,

v.

1. TOMAS GARCIA-MORAN, also known as
   MARCELO CARRILLO-CARRILLO,

    Movant.

---

ORDER DIRECTING MOVANT TO FILE AMENDED 28 U.S.C. § 2255 MOTION

---

    Movant, Tomas Garcia-Moran, also known as Marcelo Carrillo-Carrillo, currently is incarcerated at the Cibola County Correctional Institution in Milan, New Mexico. He has filed *pro se* a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. I must construe the motion to vacate liberally because Mr. Garcia-Moran is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, I should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Garcia-Moran will be directed to file an amended motion to vacate.

    On February 19, 2009, Mr. Garcia-Moran pleaded guilty in this court to charges of illegal re-entry subsequent to an aggravated felony conviction. He was sentenced to thirty-six months of imprisonment and to three years of supervised release. Judgment was entered on the docket on May 1, 2009. On October 27, 2009, Mr. Garcia-Moran filed in this court a motion to vacate his conviction seeking a reduction in sentence.

Mr. Garcia-Moran has failed to use the court-approved form for filing a 28 U.S.C. § 2255 motion. He also has failed to assert any claims, using the § 2255 motion merely to ask for a sentence reduction. *See* motion to vacate at 5. Pursuant to Rules 2(b)(1) and 2(b)(2) of the Rules Governing Section 2255 Cases in the United States District Courts, Mr. Garcia-Moran must "specify all [available] grounds for relief" and he must "state the facts supporting each ground." These habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. **See Mayle v. Felix**, 545 U.S. 644, 655 (2005) (discussing identical rules applicable to 28 U.S.C. § 2254 applications). Naked allegations of constitutional violations are not cognizable. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Therefore, Mr. Garcia-Moran will be ordered to file an amended motion to vacate. In the amended motion, he must allege, clearly and concisely, the specific claims for relief he is asserting, as well as the specific facts that support each asserted claim, if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that Movant, Tomas Garcia-Moran, also known as Marcelo Carrillo-Carrillo, file with the court **within thirty days from the date of this order** an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that complies with the directives of this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Garcia-Moran, together with a copy of this order, two copies of the following form to be used in submitting the amended motion to vacate: Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that if Mr. Garcia-Moran fails within the time allowed to file an amended motion to vacate that complies with the directives of this order, the motion to vacate will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 2nd  day of November , 2009.

BY THE COURT:

 *S/John L. Kane*
 JOHN L. KANE
 Senior United States District Judge